# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CLARA A. BATTEN,** | **CASE NO. 8:08CV169** |
| **Plaintiff,** | |
| v. | **ORDER** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

This matter is before the Court on the Defendant's Motion for Leave to File Supplemental Brief in Support of its Motion for Partial Summary Judgment. Counsel for the Defendant has represented to the Court that Plaintiff's counsel does not oppose the filing of a supplemental brief. Accordingly, the Court will grant the motion, direct Defendant to file the supplemental brief in a separate filing, and allow Plaintiff an opportunity to respond to the Defendant's original filings and the supplemental brief.

IT IS ORDERED:

1. Defendant's Motion for Leave to File Supplemental Brief (Filing No. 48) is granted;

2. Defendant immediately will file the Supplemental Brief in support of its Motion for Partial Summary Judgment, without any changes, as a separate filing; and

3. Plaintiff will respond to the Defendant's original filings and the supplemental brief by filing her brief and index of evidence, if any, on or before May 6, 2009.

DATED this 13th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge