IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CLARA A. BATTEN,                         )          Case No. 8:08CV169
                                         )
                    Plaintiff,           )
                                         )
        vs.                              )
                                         )                  **ORDER**
UNITED STATES OF AMERICA,                )
                                         )
                    Defendant.           )

       Upon notice of settlement given to the magistrate judge by Paul Boeshart, counsel for Defendant,

       **IT IS ORDERED:**

       1.  On or before **July 13, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case; and

       2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

       Dated this 12th day of June 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge