IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CLARA A. BATTEN,** | ) | **CASE NO. 8:08CV169** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulation and Motion for Dismissal With Prejudice, filed July 10, 2009. (Filing No. 84.) The Court finds that the Motion should be granted, and, in accordance with said Motion, it be ordered that each party bear its own costs. Furthermore, the complete record is waived and all pending motions before the Court are deemed moot.

IT IS ORDERED:

1. The parties' joint Stipulation and Motion for Dismissal (Filing No. 84) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice;

3. The parties shall pay their own costs and attorneys' fees;

4. The complete record is waived; and

5. All pending motions are denied as moot.

DATED this 13th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge